**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| PHU TRAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-cv-03270-MBB |
| | ) | |
| SAMUEL OLSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On May 8, 2026, Petitioner filed a Petition for a Writ of Habeas Corpus. (**Doc. 1**). He alleged that Respondents detained him in violation of his statutory and constitutional rights. (***Id.*** at 20-24). Respondents filed a response, which included the wrong attachment. (**Doc. 4**). Respondents moved the Court to substitute the incorrect attachment with the intended one. (**Doc. 6**). Petitioner opposed the motion. (**Doc. 7**). Respondents did not reply.

Respondents are **ORDERED** to submit a Reply to Petitioner's opposition (**Doc. 7**) on or before July 13, 2026. In the Reply, Respondents are invited to present evidence in a manner that complies with the Federal Rules of Evidence. *See **Armstrong v. Kemna***, 534 F.3d 857, 867 (8th Cir. 2008) (noting that "the Federal Rules of Evidence do apply" in habeas proceedings). Petitioner shall submit a Sur-reply within 14 days after Respondents submit their Reply.

      **IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: June 29, 2026